IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02072-WYD-BNB

JANET ABREU; and
ROGER ABREU,

    Plaintiffs,

v.

ALLERGAN, INC., d/b/a ALLERGAN MEDICAL, and d/b/a INAMED,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed January 15, 2008). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and legal fees with respect to this action.

    Dated: January 17, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge